No. 504. SORENSEN ET AL. *v.* PYRATE CORP. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Walter H. Moses* for petitioners. *Mr. Harold M. Sawyer* for respondent.

No. 560. LARAMORE *v.* FLORIDA. November 13, 1933. Petition for writ of certiorari to the Supreme Court of Florida, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John W. Laramore, pro se.* No appearance for respondent.

No. 563. MARK *v.* WILSON, WARDEN. November 13, 1933. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, 3d Department, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Ralph Mark, pro se.* No appearance for respondent.

No. 507. DOOLEY IMPROVEMENTS, INC. *v.* MOTOR IMPROVEMENTS, INC., ET AL. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. John M. Zane* and *Hugh M. Morris* for petitioner. *Messrs. Theodore S. Kenyon, Frederick Bachman,* and *Nelson Littell* for respondents.

No. 280. ATLANTIC OIL TRANSIT CORP. ET AL. *v.* PROCTER & GAMBLE Co. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Chauncey I. Clark* and

*Eugene Underwood.* for petitioners. *Messrs. Harold S. Deming* and *Wharton Poor* for respondent.

No. 172. WHITEHEAD, EXECUTOR, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. L. McCune* for petitioner. *Solicitor General Biggs* for respondent.

No. 486. BAIRD *v.* UNITED STATES. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John G. Remey* for the United States.

No. 489. BOGAN, ADMINISTRATRIX, *v.* HYNES ET AL. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Eric Lyders* for petitioner. *Mr. Aloysius I. McCormick* for respondents.

No. 492. IMPIRIALE *v.* PERKINS, SECRETARY OF LABOR. November 13, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Raymond M. Hudson* for petitioner. *Solicitor General Biggs* and *Messrs. Frank M. Parrish, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.